**FILED**

'JAN 6 - 2010

,'CLERK
U.S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No.: 08-0360 (RMU) |
| v. : | |
| : | |
| PAUL A. SLOUGH *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Pursuant to Local Criminal Rules 17.2(c) and 57.6, it is this 6th day of January, 2010, hereby

**ORDERED** that the Clerk of the Court shall remove documents 145, 220, 221, 222, 223, 224 and 225, as well as the minute entry dated October 14, 2009, from the docket in this case and transfer these items to Miscellaneous Action No. 10-0005.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge